No. 254, Misc. COLLINS v. DICKSON, WARDEN. Supreme Court of California. Certiorari denied. Petitioner *pro se.* *Stanley Mosk,* Attorney General of California, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 269, Misc. BAKER v. COCHRAN, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. Petitioner *pro se.* *Richard W. Ervin,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 300, Misc. SMITH ET AL. v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Hymen B. Mintz* for petitioners.

No. 356, Misc. WALLACE v. BENNETT, WARDEN. Supreme Court of Iowa. Certiorari denied. Petitioner *pro se.* *Norman A. Erbe,* Attorney General of Iowa, for respondent.

No. 387, Misc. WALKER v. WALKER, WARDEN. Supreme Court of Louisiana. Certiorari denied. Petitioner *pro se.* *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Teddy W. Airhart, Jr.* and *Scallan E. Walsh,* Assistant Attorneys General, for respondent.

No. 426, Misc. CUCINOTTI v. NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 429, Misc. VANDERSEE v. RICHMAN, ATTORNEY GENERAL OF NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.